IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SCOGGINS, | No. 2:24-CV-1398-DMC-P |
| Petitioner, | |
| v. | ORDER |
| SCHULTZ, | |
| Respondent. | |

Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's petitioner for writ of habeas corpus, ECF No. 1. On March 3, 2025, the District Judge denied Defendant's motion to dismiss, ECF No. 14, without prejudice, citing a change in circumstances. See ECF No 17. The matter was referred back to the undersigned for further proceedings. See id. Consistent with the District Judge's order, Respondent shall file an answer or motion to dismiss in response to ECF No. 1 within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: July 2, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1